**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**ERIK BRANCACCIO**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### -o0O0o-

| | |
|---|---|
| **ERIK BRANCACCIO,** | **No.   2:16-CV-02479-CMK** |
| **Plaintiff,** | |
| | **STIPULATION AND  ORDER FOR  EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| **v.** | |
| **NANCY BERRYHILL, Acting Commissioner of Social Security,** | |
| **Defendant.** | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to July 12, 2017.

This is a first extension but after the due-date under the scheduling order. Plaintiff's counsel's work-schedule including federal court briefs is particularly heavy for June and

defendant's counsel will be on vacation during much of July; this date was arrived at through mutual agreement in part so that defendant's cross-motion will not be due until well into August.

Dated: June 6, 2017                    /s/    *Jesse S. Kaplan*
                                       JESSE S. KAPLAN
                                       Attorney for Plaintiff


                                       PHILLIP A. TALBERT
                                       United States Attorney
                                       DEBORAH LEE STACHEL
                                       Regional Counsel, Region IX
                                       Social Security Administration

Dated: June 6, 2017                    */s/ per e-mail authorization*
                                       SUNDEEP PATEL
                                       Special Assistant U.S. Attorney
                                       Attorney for Defendant


## ORDER


For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to July 12, 2017.

SO ORDERED.

Dated: June 8, 2017

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE