**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA    95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**ERIK LUZ BRANCACCIO**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| ERIK LUZ BRANCACCIO, | No.   2:16-CV-02479-CMK |
| Plaintiff, | STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| NANCY BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to August 4, 2017.

This second extension for nearly 30 days is requested due to circumstances related to the death of Mr. Brancaccio.

[Pleading Title] - 1

Dated: July 7, 2017                                /s/    *Jesse S. Kaplan*
                                                   JESSE S. KAPLAN
                                                   Attorney for Plaintiff


                                                   PHILLIP A. TALBERT
                                                   United States Attorney
                                                   DEBORAH LEE STACHEL
                                                   Regional Counsel, Region IX
                                                   Social Security Administration

Dated: July 7, 2017                                  */s/ per e-mail authorization*

                                                   MARGARET BRANICK-ABILLA
                                                   Special Assistant U.S. Attorney
                                                   Attorney for Defendant


## **ORDER**

     For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to August 4, 2017.

     SO ORDERED.


Dated: July 13, 2017
                                                   _____
                                                   CRAIG M. KELLISON
                                                   UNITED STATES MAGISTRATE JUDGE