**JESSE S. KAPLAN   CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**ERIK BRANCACCIO**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| **ERIK BRANCACCIO,** | No.   2:16-CV-02479-CMK |
| Plaintiff, | **STIPULATION AND ORDER FOR  EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY BRIEF** |
| v. | |
| **NANCY BERRYHILL, Acting Commissioner of Social Security,** | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to November 2, 2017.

This is a first extension and is of only one week.

Dated: October 26, 2017					/s/   *Jesse S. Kaplan*
						JESSE S. KAPLAN
						Attorney for Plaintiff



						PHILLIP A. TALBERT
						United States Attorney
						DEBORAH LEE STACHEL
						Regional Counsel, Region IX
						Social Security Administration


Dated: October 26, 2017					   */s/ per e-mail authorization*

						Ellinor Coder
						Special Assistant U.S. Attorney
						Attorney for Defendant


## **ORDER**


For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a reply brief is extended to November 2, 2017.

SO ORDERED.


Dated: October 31, 2017

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE