**JESSE S. KAPLAN  CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**ERIK BRANCACCIO**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

-o0O0o-

| | |
|---|---|
| **ERIK BRANCACCIO,** | No.   2:16-CV-02479-CMK |
| **Plaintiff,** | **STIPULATION AND ORDER FOR SECOND EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY BRIEF** |
| **v.** | |
| **NANCY BERRYHILL, Acting Commissioner of Social Security,** | |
| **Defendant.** _____/ | |

  IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a reply in support of his motion for summary judgment is extended to November 3, 2017, and the reply brief filed on that date is deemed timely.

[Pleading Title] - 1

Dated: November 2, 2017                                      /s/    *Jesse S. Kaplan*
                                                             JESSE S. KAPLAN
                                                             Attorney for Plaintiff


                                                             PHILLIP A. TALBERT
                                                             United States Attorney
                                                             DEBORAH LEE STACHEL
                                                             Regional Counsel, Region IX
                                                             Social Security Administration


Dated: November 2, 2017                                        */s/ per e-mail authorization*

                                                             Ellinor Coder
                                                             Special Assistant U.S. Attorney
                                                             Attorney for Defendant


## **ORDER**

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a reply brief is extended to November 3, 2017.

SO ORDERED.


Dated: November 8, 2017

                                                             _____
                                                             CRAIG M. KELLISON
                                                             UNITED STATES MAGISTRATE JUDGE