IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BRANCACCIO,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | No. 2:16-CV-2479-DMC<br><br><br>ORDER |

Plaintiff, who is proceeding with retained counsel, brought this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Final judgment was entered on March 28, 2018, and plaintiff appealed. Pursuant to the Ninth Circuit Court of Appeals' December 23, 2019, memorandum disposition, this matter will be remanded to the agency for further development of the record and/or further findings addressing the deficiencies noted in the appellate court's decision.

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Commissioner's final decision is reversed and this matter is remanded for further proceedings; and

2. The Clerk of the Court is directed to enter judgment and close this file.

Dated: February 25, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE