McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
ANNABELLE J. YANG
Special Assistant United States Attorney
      160 Spear Street, Suite 800
      San Francisco, California 94105
      Telephone: (415) 977-8946
      Facsimile: (415) 744-0134
      E-Mail: Annabelle.Yang@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | | |
|---|---|---|
| WILLIAM BRANCACCIO,<br>o/b/o ERIK BRANCACCIO,<br>           Plaintiff,<br><br>      v.<br><br>ANDREW SAUL,<br>Commissioner of<br>Social Security,<br>           Defendant. | ）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>） | Case No. 2:16-cv-02479-DMC<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES, PURSUANT TO 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act

Fees, Costs, and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $11,945 as

authorized by 28 U.S.C. § 2412, and costs in the amount of $0 as authorized by 28 U.S.C. § 1920, be

awarded subject to the terms of the Stipulation.

Dated: April 14, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE